UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENNIS A. HIGGINS,

   Petitioner,

      v.

UNITED STATES OF AMERICA,

   Respondent.

Civil No. 16-cv-438-JPG

Criminal No 14-cr-40072-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Dennis A. Higgins' motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Dennis A. Higgins, and that this case is dismissed with prejudice.

**DATED: September 13, 2016**        JUSTINE FLANAGAN, Acting Clerk of Court

                                                             *s/Tina Gray*, **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**